**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-24ML** |
| | ) | |
| **HECTOR LEBRON** | ) | |

# MOTION FOR CONTINUANCE OF EMPANELMENT

Now comes the accused, Hector Lebron, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on July 19, 2004, for a period of approximately 30 days, for the purposes of allowing newly entered counsel, Olin W. Thompson, to fully investigate this matter, file any necessary motions, and explore the possibility of a disposition of this matter without need for a trial.

The time requested under this motion is excludable under the Speedy Trial Act, as it is in the interests of justice to allow the accused sufficient time to consult with his counsel, investigate the case and locate witnesses, and prepare and file pretrial motions. It is also necessary to ensure the full preservation of defendant's right to counsel under the 6th Amendment to the United States Constitution.

The Government, through AUSA Adi Goldstein, indicates that it has no objection to this motion.

Respectfully submitted
Hector Lebron
By his attorney,

Olin W. Thompson, III
McKiernan Thompson & Millea
243 North Main St.
Providence, RI 02903
Telephone (401) 223-1400
Facsimile (401) 223-1401

# CERTIFICATION

I hereby certify that I mailed a copy of this motion, postage pre-paid, to Adi Goldstein, Assistant United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence Rhode Island, 02903, on July 28, 2005

______________________