**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED JUN 23 2005

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **VS.** | ) | **CR No. 05-24ML** |
| **HECTOR LEBRON** | ) | |

## MOTION TO WITHDRAW

Now comes the undersigned, Kevin J. Fitzgerald, Assistant Federal Public Defender and hereby moves to withdraw his appearance on behalf of the defendant in the above-entitled matter. Mr. Lebron has indicated that he has retained private counsel.

The Government has indicated, through AUSA Adi Goldstein, that it has no objection to the granting of this motion.

Granted. Mary M. Lisi USDJ 7/5/05

Respectfully submitted
Hector Lebron
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered on the 23rd day of June, 2005 a true copy of the within motion to Adi Goldstein, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.