SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-24ML** |
| | ) | |
| **HECTOR LEBRON** | ) | |

# MOTION TO SUPPRESS

Now comes the accused, Hector Lebron, by and through his counsel, and moves this Honorable Court to suppress any and all evidence seized as a result of the execution of the search warrant allegedly issued in this matter, as well as any evidence or statements which might be considered "fruit of the poisonous tree". As grounds Defendant submits that the warrant relied upon to authorize the search of Mr. Lebron, his car(s), and his apartment was not a duly authorized search warrant, and therefore cannot defeat the constitutional presumption that warrantless searches are invalid. All evidence obtained as a result of this unconstitutional search should therefore be suppressed.

A Memorandum of Law and Fact in Support of this Motion has not been prepared, but will follow.

Respectfully submitted
Hector Lebron

By his attorney,

John W. Thompson, III
McKiernan Thompson & Millea
243 North Main St.
Providence, RI 02903
Telephone (401) 223-1400
Facsimile (401) 223-1401

30

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion, postage pre-paid, to Adi Goldstein, Assistant United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence Rhode Island, 02903, on September 9, 2005