SCANNE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-24ML** |
| | ) | |
| **HECTOR LEBRON** | ) | |

# MOTION TO WITHDRAW

Now comes the undersigned, Olin W. Thompson, III, Esquire, and asks this Honorable Court for permission to withdraw as counsel for defendant, Hector Lebron.

As grounds for said motion, counsel states that communications between he and his client Hector Lebron, have broken down to the extent that counsel cannot properly and fairly defend this defendant. In addition, counsel has been asked to withdraw as defendant feels there is a conflict between counsel and client. Counsel has attempted to repair this relationship but defendant has requested again that counsel withdraw from the case.

WHEREFORE, the undersigned, Olin W. Thompson, III, Esquire, asks that he be withdrawn from this case.

Respectfully submitted,

Olin W. Thompson, III (#5684)
***McKiernan Thompson & Millea***
243 North Main St.
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)

## CERTIFICATION

I hereby certify that I mailed a copy of this motion, postage pre-paid, to Adi Goldstein, Assistant United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence Rhode Island 02903, on September 9, 2005.

*McKiernan Thompson & Millea*