SCANNED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-24ML** |
| | ) | |
| **HECTOR LEBRON** | ) | |

# MOTION TO RELEASE COUNSEL

Now comes defendant, Hector Lebron, and asks this Honorable Court to release Olin W. Thompson, III, Esquire as his counsel.

As grounds for said motion, defendant submits the following:

1. Olin W. Thompson, III, Esquire, does not have the same interest as I do in defending this case;
2. Olin W. Thompson, III, Esquire does not seem to want to pursue the defense I'm seeking;
3. Olin W. Thompson, III, Esquire and I are unable to communicate; and
4. I feel I would be better represented by other counsel.

WHEREFORE, the undersigned parties request that Olin W. Thompson, III, Esquire, be released from this case.

Respectfully submitted,

Hector Lebron, Defendant

Olin W. Thompson, III (#5684)
*McKiernan Thompson & Millea*
243 North Main St.
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)

# CERTIFICATION

I hereby certify that I mailed a copy of this motion, postage pre-paid, to Adi Goldstein, Assistant United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence Rhode Island 02903 on September 9, 2005.

*McKiernan Thompson & Millea*