IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-24ML |
| | ) | |
| HECTOR LEBRON | ) | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO SUPPRESS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Adi Goldstein, Assistant U.S. Attorney, and objects to defendant's motion to suppress for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2005, I hereby certify that I mailed a true copy of the within Government's Objection to Defendant's Motion to Suppress to:

Olin Thompson, Esq.
McKiernan, Thompson & Millea
243 North Main Street
Providence, RI 02903

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-24ML |
| | ) | |
| HECTOR LEBRON | ) | |

<u>MEMORANDUM IN SUPPORT OF THE GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO SUPPRESS</u>

On September 12, 2005, the defendant filed a motion to suppress "any and all evidence seized as a result of the execution of the search warrant" as well as any resulting statements or evidence. In support, defendant states that it was not a dully authorized search warrant. Defendant provides no basis for this claim. As of the filing of this Objection, no memorandum of law has been submitted in support of defendant's motion.

The government objects to defendant's motion and asks that it be denied and dismissed for the following reasons:

1. According to local rule 12(a)(1), the defendant "shall serve and file with the motion a separate memorandum of law containing the authorities and reasoning supporting his position . . . . The clerk shall not accept a motion for filing unless it is accompanied by a memorandum of law . . . ." The government is

now facing a motion which does not specify the basis for suppression and which does not set forth any legal argument in support of suppression. The government is therefore unable to respond to the motion and should not be placed in a position where it should have to divine defendant's suppression argument. Based on local rule 12(a)(1), defendant's Motion should not have been accepted for filing by the Court.

2. The motion is out of time. On June 30, 2005, defendant moved for a thirty-day continuance in order to investigate the case and file pretrial motions. The instant motion was not filed until September 12, 2005, well beyond the time initially allotted in the Court's pretrial discovery order and beyond the time requested by counsel.

3. The government has attached, as exhibit A, the search warrant executed in this case. The search warrant was sworn to by Det. Sgt. Russell Henry of the Cranston Police Department and authorized by Rhode Island District Court Judge Cenerini. There is no basis for claiming that the warrant is not duly authorized.

Wherefore, the government respectfully requests that defendant's motion to suppress items be denied and dismissed for failure to state a basis for suppression and for being out of time. I n the alternative, the government requests that the court set a specific deadline for the filing of the memorandum in support of defendant's motion to suppress.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2005, I hereby certify that I mailed a true copy of the within Government's Memorandum in Support of its Objection to Defendant's Motion to Suppress to:

Olin Thompson, Esq.
McKiernan, Thompson & Millea
243 North Main Street
Providence, RI 02903

K Anderson