UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-24ML |
| | ) | |
| HECTOR LEBRON | ) | |

**MOTION TO COMPEL HANDWRITING EXEMPLARS**

Now comes the accused, Hector Lebron, by and through his counsel, and moves this Honorable Court to issue an ORDER compelling handwriting exemplars from the Honorable Frank J. Cenerini of the Rhode Island District Court, and Detective Raymond Angell of the Cranston Rhode Island Police.

Respectfully submitted
Hector Lebron
By his attorney,

Olin W. Thompson, III
McKiernan Thompson & Millea
243 North Main St.
Providence, RI 02903
Telephone (401) 223-1400
Facsimile (401) 223-1401

**CERTIFICATION**

I hereby certify that I ~~mailed~~ faxed a copy of this motion, postage pre-paid, to Adi Goldstein, Assistant United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence Rhode Island, 02903, on October 17, 2005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-24ML** |
| | ) | |
| **HECTOR LEBRON** | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S**
**MOTION TO COMPEL HANDWRITING EXEMPLARS**

The accused, Hector Lebron, by and through his counsel, having moved this Honorable Court to issue an ORDER compelling handwriting exemplars from the Honorable Frank J. Cenerini of the Rhode Island District Court, and Detective Raymond Angell of the Cranston Rhode Island Police, now submits this Memorandum of Law in support of that Motion.

The defendant must be allowed handwriting exemplars from Detective Raymond Angell and the Honorable Frank J. Cenerini. Defendant has filed a Motion to Suppress, asking the Court to suppress any and all evidence seized in this matter, contending that the search warrant justifying the seizure of that evidence was not a judicially authorized warrant, but a fraudulent document never in fact reviewed or signed by Judge Cenerini.

Defendant acknowledges the substantial burden he will have in demonstrating this allegation. As such, defendant has contacted handwriting expert Dr. Michael Fraser, of 25 Lull St., Westwood Massachusetts. Dr. Fraser has made preliminary findings based on a review of filings in this case and other filings submitted to him by the defense. To reach a professional final conclusion, however, he requires a formal handwriting exemplar from the individuals whose signatures are at issue. It is counsel's belief that he will not be able to obtain these handwriting exemplars without a court order.

Due Process and fundamental fairness require that the Court grant defendant's motion, which will not unduly burden either Judge Cenerini or Detective Angell

Respectfully submitted
Hector Lebron
By his attorney,

Olin W. Thompson, III
McKiernan Thompson & Millea
243 North Main St.
Providence, RI 02903
Telephone (401) 223-1400
Facsimile (401) 223-1401

**CERTIFICATION**

I hereby certify that I ~~mailed a~~ faxed copy of this motion, postage pre-paid, to Adi Goldstein, Assistant United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence Rhode Island, 02903, on October 17, 2005