IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 05-24ML
)
HECTOR LEBRON )

GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL HANDWRITING EXEMPLARS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves that Defendant's Motion to Compel Handwriting Exemplar be denied for the reasons set forth in the attached Memorandum.

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2005, I caused to be served via facsimile (223-1401), a true copy of the within Government's Objection to Defendant's Motion to Compel Handwriting Exemplar to:

Olin Thompson, Esq.
243 North Main Street
Providence, RI 02903

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 05-24ML
)
HECTOR LEBRON )

GOVERNMENT'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO DEFENDANT'S MOTION TO COMPEL HANDWRITING EXEMPLARS

Defendant has moved the Court to compel a State of Rhode Island District Court Judge and a Cranston Police Department Detective to provide handwriting exemplars. Defendant has made such an extraordinary motion without so much as a shred of evidence to support an inference that the duly authorized search warrant is a forgery. What is more, defendant has made this motion without informing this Court that the issue has been litigated in Sixth District Court and that Judge Cenerini has issued an Order in which he affirmed that the affidavit and search warrant issued in this case "was in fact signed personally by Judge Cenerini." Attached here as Exhibit 1.

Defendant's motion is nothing short of outrageous. Defendant is essentially claiming, without any basis, that a Cranston Police Detective forged the signature of a District Court Judge. That defendant names Det. Raymond Angell in his motion is totally unexplained. Det. Angell is not the affiant on the search warrant; he is not the case agent; his connection to this case is at best tangential. There is no basis whatsoever to

compel a handwriting exemplar from him.

As it applies to Judge Cenirini, the motion is equally offensive. Apparently, defendant has previously approached Judge Cenerini regarding this matter. Judge Cenerini has apparently reviewed it and issued a signed order in which he affirms that he did personally sign the search warrant in question. Is defendant claiming now that Judge Cenerini is lying in order to protect the Cranston Police Department?

Finally, defendant has allegedly retained Dr. Michael Fraser as a handwriting expert. The government has not been able to find any information about Dr. Fraser. Defendant has also claimed that Dr. Fraser has made "preliminary findings" based on his review of "filings in this case and other filings." At the very least, defendant should be required by the Court to provide Dr. Fraser's resume, his credentials with this and other courts, a list of the filings reviewed by Dr. Fraser, and what his preliminary findings are.

Defendant's motion is baseless and should be denied.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2005, I caused to be served via facsimile (223-1401), a true copy of the within Government's Memorandum of Law in Support of its Objection to Defendant's Motion to Compel Handwriting Exemplar to:

Olin Thompson, Esq.
243 North Main Street
Providence, RI 02903

STATE OF RHODE ISLAND
PROVIDENCE, SC.

DISTRICT COURT
SIXTH DIVISION

STATE OF RHODE ISLAND :
:
VS. : 62/05-03011
:
HECTOR J. LEBRON a/k/a :
RAFAEL CARRABALLO :

# ORDER

This matter came on for hearing before the Honorable Justice Cenerini on June 3, 2005. After hearing thereon and in consideration thereof, it is hereby **ORDERED:**

That the affidavit submitted and search warrant issued in this matter on February 16, 2005 allowing for the search of 11 Lincoln Avenue, Apt. 6, Cranston, Rhode Island, RI Registration CS-553, and the person of Hector Lebron was in fact signed personally by Judge Cenerini.

**Entered as an Order of this Court this 3rd day of June, 2005.**

**ENTER:**

Frank J. Cenerini
**Judge**

**BY ORDER:**

**Clerk**

Submitted by:

Patricia M. Hessler, Esquire
McKiernan Thompson & Millea
146 Westminster Street
Suite 401
Providence, RI 02903
401-223-1400
RI Bar No.: 6866