IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-24ML |
| | ) | |
| HECTOR LEBRON | ) | |

SECOND MEMORANDUM IN SUPPORT OF THE GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO SUPPRESS

On September 17, 2005, the defendant filed a memorandum in support of his motion to suppress "any and all evidence seized as a result of the execution of the search warrant" as well as any resulting statements or evidence. In support, defendant states that it was not a duly authorized search warrant because it was not signed by a neutral and detached judicial officer. The government has previously submitted to the Court a copy of the search warrant and affidavit in support thereof. The search warrant was signed by District Court Judge Frank J. Cenirini. The affidavit in support of the search warrant was sworn to before Judge Cenirini by Detective Sgt. Russell Henry of the Cranston Police Department. Defendant has not provided any support whatsoever for the allegation that Judge Cenirini's signature was forged.

As this is the sole basis for defendant's motion to suppress, the motion should be denied.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2005, I caused to be served via facsimile (223-1401), a true copy of the within Second Memorandum in Support of the Government's Objection to Defendant's Motion to Suppress to:

Olin Thompson, Esq.
243 North Main Street
Providence, RI 02903

[signature]