# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☒ APPEALS COURT or ☒ OTHER PANEL (Specify below)

IN THE CASE OF U.S.A vs. Hector Lebron

FOR Motion for Departure

AT District of Rhode Island

LOCATION NUMBER: Cr 05-24M1

PERSON REPRESENTED (Show your full name): Hector J. Lebron

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) ______

DOCKET NUMBERS
Magistrate: 05-000-24-01ML
District Court: Rhode Island
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

18 U.S.C. §§ 922(g) (1)

21 U.S.C. §§ 841(a) (1) & (b)(1)(A)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: ______

**IF YES**, how much do you earn per month? $ ______

**IF NO**, give month and year of last employment July, 1998

How much did you earn per month? $ $1,400.00

If married is your Spouse employed? ☐ Yes ☒ No

**IF YES**, how much does your Spouse earn per month? $ ______

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ______

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

**IF YES**, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| $ | |
| | |
| | |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No **IF YES**, state total amount $ ______

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

**IF YES**, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $ | |
| | |
| | |
| | |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them: Avelina L. Lebron (Doughter)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: N/A | | |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ~~March 15, 2006~~

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) Hector Lebron

FILED

2006 MAR 17 A 10: 08

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND