AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_______________ District of _______________

Plaintiff

V.

Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

FILED
MAR 17 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

I, Hector J. Lebron declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Donald W. Wyatt Detention Facility

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d. Disability or workers compensation payments ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Any other sources ☐ Yes ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Granted. Mary M. Lisi USDJ 3/20/06

If "Yes," state the total amount. ______________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automob thing of value? ☐ Yes ☑ ~~No~~

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each persc how much you contribute to their support.

Avelina Lanita Lebron: daughter (I was
support

I declare under penalty of perjury that the above information is true and correct.

3/16/06 — Date

Hector Lebron — Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall su stating all assets. In addition, a prisoner must attach a statement certified by the appropriate in: showing all receipts, expenditures, and balances during the last six months in your institutional acco multiple accounts, perhaps because you have been in multiple institutions, attach one certified s account.

2006 MAR 17 A 10: 08
FILED