UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Vs. Criminal No. 05-00024-10ML

HECTOR LEBRON

**MOTION FOR SENTENCE REDUCTION**
**PURSUANT TO 18 U.S.C. 3582(c)(2)**
**AND U.S.S. G. §§ 1B1.10,2D1.1**

COMES NOW the defendant, HECTOR LEBRON, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. §§3582(c)(2) and U.S.S.G. 1B1.10 and 2D1.1. In support thereof, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

Respectfully submitted,

4-22-08
Date April 22, 2008

Hector Lebron
HECTOR LEBRON
Federal Medical Center Rochester
P.M.B. 4000
Rochester, MN. 55903-4000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Vs. Criminal No. 05-00024-10ML

HECTOR LEBRON

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION FOR SENTENCE REDUCTION**
**PURSUANT TO 18 U.S.C. 3582(c)(2)**
**AND U.S.S. G. §§ 1B1.10,2D1.1**

The Defendant entered a guilty plea to a two count indictment on December 7, 2005. Defendant was sentenced to 120 months incarceration. The Defendant was assigned a total offense level of 32 with a criminal history category II. The Defendant's guideline range was 120 to 135 months of incarceration. The Defendant was granted a 2 level downward departure making his final offense level 30 with a criminal history category II. His final guideline range was 120 to 135 months and the court sentenced the Defendant to the low end of that range.

On Novenber 1, 2007, the United States Sentencing Commission reduced the guidelines for crack cocaine offense by two levels. Calculated under the post November 2007 guidelines the Defendant would have a total offense level of 28. The Defendant's advisory guideline range would be 87 to 108 months. A similar 28 level departure would give the Defendant a final advisory guideline rage of 87 to 108 months.

According to the Burau of Prisons, the Defendant is presently scheduled for release in November 3, 2013 Assuming a sentence reduction was granted by the Court, the Defendant is immediately aligible for release, the Court should grant this motion.

Respectfully submitted,

4-22-08
Date April 22, 2008

Hector Lebron

HECTOR LEBRON
FEDERAL MEDICAL CENTER ROCHESTER
P.M.B. 4000
Rochester, MN, 55903-4000

**CERTIFICATE OF SERVICE**

I hereby certify that caused a copy of the within to be served upon Adi Goldstein, Esq., Assistant United States Attorney by regular first-class mail, postage prepaid.

4-22-08
Date April 22, 2008

Hector Lebron
HECTOR LEBRON