IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-24ML |
| | ) | |
| HECTOR LEBRON | ) | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Adi Goldstein, Assistant U.S. Attorney, and objects to defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein
Assistant U. S. Attorney
(RI Bar #6701)
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050 / 401-709-5001 (fax)
adi.goldstein@usdoj.gov

CERTIFICATION

I hereby certify that on the 27th day of May, 2008, I electronically filed with the U.S. District Court the Within Government's Objection to Defendant's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10, 2D1.1 and by first class mail, postage prepaid, to:

Hector Lebron #05585-070
FMC Rochester
Federal Medical Center
P.O. Box 4000
Rochester, MN 55903-4000

/s/ Adi Goldstein
Assistant U. S. Attorney
(RI Bar #6701)
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050 / 401-709-5001 (fax)
adi.goldstein@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-24ML |
| | ) | |
| HECTOR LEBRON | ) | |

MEMORANDUM IN SUPPORT OF THE GOVERNMENT'S
OBJECTION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE

The defendant filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) requesting a two-level reduction in sentence, and the imposition of a sentence of 87 months. The defendant is not eligible for such a reduction.

On March 3, 2006, the defendant was convicted on a two-count indictment for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1)(Count I)and possession with intent to distribute 50 grams or more of cocaine base, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A) (Count II). The Court imposed a sentence of 120 months to run concurrently as to both counts. The sentence imposed was the mandatory minimum sentence pursuant to 21 U.S.C. § 841(a)(1) & (b)(1)(A). It was not driven by the United States Sentencing Guidelines. Furthermore, the defendant was not safety-valve eligible because of (1) his criminal history, and (2) the presence of a firearm.

Because defendant's sentence was not determined by the guidelines but was statutorily mandated, the defendant is not eligible for a reduction under 18 U.S.C. § 3582(c)(2).

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein
Assistant U. S. Attorney
(RI Bar #6701)
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050 / 401-709-5001 (fax)
adi.goldstein@usdoj.gov

CERTIFICATION

I hereby certify that on the 27th day of May, 2008, I electronically filed with the U.S. District Court the within Government's Memorandum in Support of its Objection to Defendant's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10, 2D1.1, and by first class mail, postage prepaid to:

Hector Lebron #05585-070
FMC Rochester
Federal Medical Center
P.O. Box 4000
Rochester, MN 55903-4000

/s/ Adi Goldstein
Assistant U. S. Attorney
(RI Bar #6701)
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050 / 401-709-5001 (fax)
adi.goldstein@usdoj.gov