UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 05-024 ML

HECTOR LEBRON

MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582. Defendant bases his request on the recently amended "crack cocaine" sentencing guideline. Defendant, however, was sentenced to 120 months of incarceration, the mandatory minimum term pursuant to 21 U.S.C. § 841(a)(1) and (b)(1)(A). The amended guideline, therefore, is not applicable to his sentence. Accordingly, the Motion to Reduce Sentence is DENIED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
June 2, 2008